UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------------------------X
TRUSTEES of the IAM NATIONAL PENSION FUND,

                    Plaintiffs,

- against -

OHIO MAGNETICS, INC.,

                    Defendant.
----------------------------------------------------------------------X

Case No.: 1:21-cv-00928-RDM

**PLEASE TAKE NOTICE** that Anthony S. Cacace, an attorney at law admitted to appear *pro hac vice* in the above-captioned action by Order dated April 14, 2021, hereby enters his appearance on behalf of Plaintiffs, the Trustees of the IAM National Pension Fund, and requests that copies of all notices, correspondence, orders, and other documents in this matter be served upon him at the address below.

Dated: April 27, 2021
          New York, New York

**PROSKAUER ROSE LLP**

By:     */s/ Anthony S. Cacace*
           Anthony S. Cacace
           (admitted *pro hac vice*)

Eleven Times Square
New York, NY 10036
(212) 969-3307
acacace@proskauer.com

*Counsel for the Plaintiffs*