**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TRUSTEES OF THE IAM NATIONAL
PENSION FUND,

          *Plaintiffs*,

      v.

OHIO MAGNETICS, INC., *et al.*,

          *Defendants*.

Civil Action No. 21-928 (RDM)

Consolidated Cases:
     No. 21-00931 (RDM)
     No. 21-02132 (RDM)

## <u>ORDER</u>

For the reasons provided in the Court's Memorandum Opinion, Dkt. 46, it is **ORDERED**
that Plaintiffs' motion for summary judgment, Dkt. 34, is **GRANTED** and Defendants' cross-
motion for summary judgment, Dkt. 38, is **DENIED**.

It is further **ORDERED** that the Arbitration Award issued by Arbitrator Martin F.
Scheinman on March 9, 2021, in the matter styled *Ohio Magnetics, Inc. v. IAM National Pension
Fund*, AAA Case No. 01-20-0000-1596, is **VACATED**.

It is further **ORDERED** that the Arbitration Award issued by Arbitrator Mark L. Irvings
on March 22, 2021, in the matter styled *Toyota Logistics Services, Inc. v. IAM National Pension
Fund*, AAA Case No. 01-20-0000-0197, is **VACATED**.

It is further **ORDERED** that the Arbitration Award issued by Arbitrator Jeffrey B. Cohen
on July 26, 2021, in the matter styled *Phillips Liquidating Trust v. IAM National Pension Fund*,
AAA Case No. 01-20-0000-1087, is **VACATED**.

It is further **ORDERED** that these cases are **REMANDED** to their respective arbitrators
(1) to determine whether the Fund's actuary selected the disputed interest rate and expense load

assumptions based only on information that was available as of the measurement date, and (2) to resolve any further challenges Defendants have to their assessed withdrawal liability.

This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure.  The Deputy Clerk of Court is directed to terminate the case.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  February 6, 2023